1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9     NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION
10

11  ROSEMARY GREENE,                    CASE NO.: 4:15-CV-00048-JSW
12              Plaintiff,              [The Hon. Jeffrey S. White]
13       v.                             **ORDER GRANTING DEFENDANT
                                        WELLS FARGO'S MOTION TO DISMISS
14  WELLS FARGO BANK, N.A.,             THE FIRST AMENDED COMPLAINT**
15              Defendant.
16
17
18                                      Date:  May 22, 2015
                                        Time:  9:00 a.m.
19                                      Ctrm:  5 (2nd Floor)
20

21       The motion to dismiss the first amended complaint filed by defendant WELLS FARGO

22  BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as

23  Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo") came on regularly for

24  hearing on May 22, 2015, the Honorable Jeffrey S. White presiding.

25       The Court, having read and considered the motion, the request for judicial notice, all

26  opposition and reply papers, and good cause appearing, rules as follows:

27  / / /

28  / / /

1    Plaintiff fails to state a claim for "dual tracking" (*violation of Civil Code § 2923.6*) because: (i) the pleadings contain concessions that a "complete" loan modification application had not been submitted to Wells Fargo at the time that the notice of trustee's sale was recorded; and (ii) the complaint does not allege a "material" violation of this statute, as required by Civil Code § 2924.12.

Plaintiff does not state a claim for failure to provide a "single point of contact" (*violation of Civil Code § 2923.7*) because: (i) plaintiff's allegations are entirely conclusory in nature; (ii) Civil Code § 2923.7(e) clearly specifies that the term "single point of contact" means either an individual or "team of personnel"; and (iii) the complaint does not allege a "material" violation of this statute.

Plaintiff fails to state a claim for *unfair competition* because: (i) this claim is entirely derivative in nature, predicated on plaintiff's faulty HBOR claims; (ii) the complaint sets forth alleged acts which are not unlawful, unfair, or fraudulent; and (iii) plaintiff lacks standing to bring a UCL claim.

Plaintiff fails to state a claim for *negligence* because: (i) plaintiff cannot allege causation or resulting damages; (ii) this claim fails as a matter of law, for a conventional lender does not owe a duty of care to its borrowers; and (iii) the Court's order granting Wells Fargo's initial motion to dismiss (Doc. 26) did not give plaintiff leave to file a negligence claim

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. Defendant Wells Fargo's Request for Judicial Notice is granted;
2. Defendant Wells Fargo's Motion to Dismiss the First Amended Complaint is granted in all respects, without leave to amend; *and*
3. The first amended complaint is dismissed *with prejudice*.

Dated: _____, 2015

THE HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING DEFENDANT WELLS FARGO'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

**Attorneys for Plaintiff**

Aldon L. Bolanos, Esq.
LAW OFFICES OF ALDON L. BOLANOS
Seven-Hundred "E" Street
Sacramento, CA 95814
Tel: 916.446.2800 | Fax: 916.446.2828
Email: aldon@aldonlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **March 27, 2015**.

| Barbara Cruz | /s/ Barbara Cruz |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |