Robert A. Bailey (#214688)
  rbailey@afrct.com
Michael Rapkine (#222811)
  mrapkine@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ROSEMARY GREENE, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | CASE NO.: 4:15-CV-00048-JSW <br><br> [The Honorable Jeffrey S. White] <br><br> **JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE** <br><br> Date: April 10, 2015 <br> Time: 11:00 a.m. <br> Ctrm: 5 (2nd Floor) |

Plaintiff and defendant, through their respective counsel, sincerely apologize for not filing a joint statement in advance of the Initial Scheduling Conference. The parties were under the impression that the conference had been continued because the pleadings are not at issue – Wells Fargo's motion to dismiss the First Amended Complaint is presently on calendar for

/ / /
/ / /
/ / /
/ / /
/ / /

1 hearing on May ~~28~~ 22, 2015 (Doc. 28).  Accordingly, the parties respectfully stipulate to the

2 continuance of the Initial Scheduling Conference to a date on or after this motion to dismiss

3 hearing.

4                                            Respectfully submitted,

5 Dated:  April 6, 2015                ANGLIN, FLEWELLING, RASMUSSEN,
                                           CAMPBELL & TRYTTEN LLP

7                                    By:  /s/ Michael Rapkine
8                                       Michael Rapkine
                                      mrapkine@afrct.com
9                                  Attorneys for Defendant
                                 WELLS FARGO BANK, N.A., successor by
10                                 merger with Wells Fargo Bank Southwest, N.A.,
                                f/k/a Wachovia Mortgage, FSB, f/k/a World
11                                 Savings Bank, FSB ("Wells Fargo")

12 Dated:  April 6, 2015                THE LAW OFFICE OF ALDON BOLANOS

14                                    By:  /s/ Aldon Bolanos
15                                    Aldon Balonos
                                   aldon@aldonlaw.com
                                 Attorneys for Plaintiff
16                                  ROSEMARY GREENE

18                                     **ORDER**

19      Pursuant to the joint stipulation by the parties, the Initial Scheduling Conference

20 currently scheduled for April 10, 2015, is hereby VACATED.  The Initial Scheduling

21 Conference shall take place on __June 5__, 2015 at 11:00 a.m.  The parties shall file a

22 Joint Rule 26 Statement seven (7) calendar days prior to this conference.

23 IT IS SO ORDERED.

25 Date:  April 6, 2015                _/s/ Jeffrey S. White_
26                                  HON. JEFFREY S. WHITE
                                 UNITED STATES DISTRICT COURT JUDGE

27

28

(Left margin: ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP)

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

**Attorneys for Plaintiff**

Aldon L. Bolanos, Esq.
LAW OFFICES OF ALDON L. BOLANOS
Seven-Hundred "E" Street
Sacramento, CA 95814
Tel: 916.446.2800 | Fax: 916.446.2828
Email: aldon@aldonlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **April 6, 2015**.

| Barbara Cruz | /s/ Barbara Cruz |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

93000/FR1513/01116457-1

1

CASE NO.: 3:15-CV-00048-JSW
CERTIFICATE OF SERVICE