UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ROSEMARY GREENE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | CASE NO.: 4:15-CV-00048-JSW<br><br>[The Hon. Jeffrey S. White]<br><br>**ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br><br>Date:　　June 5, 2015<br>Time:　　11:00 a.m.<br>Ctrm:　　5 (2nd Floor) |

　　　The Court, having read and considered defendant Wells Fargo's request to appear telephonically at the upcoming Case Management Conference set for June 5, 2015, and good cause appearing, finds:

　　　Defendant Wells Fargo's request to appear by telephone is GRANTED.

/ / /

/ / /

/ / /

**ACCORDINGLY, IT IS ORDERED:**

1. Counsel for Wells Fargo may appear by telephone at the Case Management Conference.

2. Wells Fargo's counsel, Michael Rapkine, ~~will be contacted by the Court's Clerk at 11:00 a.m. on the date of the hearing at telephone number (626) 535-1900 (counsel's line)~~ shall file a document by no later than noon on June 3, 2015 which provides a direct land line at which she may be reached for the case management conference.

Dated: May 28, 2015

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE