1  The Law Office of Aldon Bolanos
   Aldon Bolanos, Esq., SBN. 233915
2  Xavier Villegas, Esq., SBN. 293232
   Seven Hundred "E" Street
3  Sacramento, California 95814
   Telephone:    916.446.2800
4  Facsimile:    916.446.2828

5  Attorneys for Plaintiff Rosemary GREENE

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 ROSEMARY GREENE,              ) Case No.: 3:15-CV-00048-JCS
                                 )
12          Plaintiff,            )         **DENYING**
                                 ) **ORDER ~~GRANTNG~~ PLAINTIFF'S**
13     v.                         ) **REQUEST TO APPEAR**
                                 ) **TELEPHONICALLY AT CASE**
14                                ) **MANAGEMENT CONFERNENCE**
   WELLS FARGO BANK, N.A.,       )
15                                )
            Defendant.            )
16                                ) Date:   June 5, 2015
                                 ) Time:   11:00 a.m.
17                                ) Ctrm:   5 (2nd Floor)
                                 )
18                                )
                                 )
19 _____)

20     The Court, having read and considered plaintiff Rosemary Greene's request to appear

21 telephonically at the upcoming Case Management Conference set for June 5, 2015, ~~and good~~

22 ~~cause appearing, finds:~~   DENIES

23     Plaintiff Rosemary Greene's request to appear by telephone ~~is GRANTED~~.

25 **~~ACCORDINGLY, IT IS ORDERED:~~**

26     ~~1. Counsel for plaintiff may appear by telephone at the Case Management Conference.~~

27     ~~2. Plaintiff's counsel, Aldon L. Bolanos, will be contacted directly by the Court's Clerk at~~

1

1  ~~11:00 a.m. on the date of the hearing at following land line: (916) 446-2800.~~

Dated: __June 4__, 2015

_/s/ Jeffrey S. White_
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE