# The Law Office of Aldon Bolanos

SEVEN HUNDRED "E" STREET
SACRAMENTO, CALIFORNIA 95814
PH: 916.446.2800 · FX: 916.446.2828
WWW.ALDONLAW.COM

June 5, 2015

U.S. District Court, Northern District of California
Hon. Jeffrey White
1301 Clay Street
Oakland, California 94612

Re:	Greene v. Wells Fargo Bank, N.A., Case No. 3-15-CV-00048-JCS

Honorable Court:

We received the court's order of June 4, 2015, denying our June 3, 2015, request to appear by phone.

The reason we requested a late telephone appearance is that my two year old daughter has developed some kind of rattling and wheezing affliction in her lungs this week. I believe it is a lung infection of some kind. Therefore, I need to take her to see the physician this afternoon for the only available appointment and can't logistically appear in Oakland first and then make the appointment.

I did not want to put that in our application because it appeared to be an almost ministerial filing, and chose instead to frame the request is precisely the same manner as the defense.

For this reason, I am simply unable to attend the conference in person this morning. I continue to be available by telephone at 916.446.2800. And I will certainly furnish medical records upon request of the court.

Finally, I stand ready to pay any money sanction the court wants to levy for this, with my only request being that it be levied against my office and not the client.


VERY SINCERELY YOURS,
LAW OFFICES OF ALDON BOLANOS

*/s/ Aldon L. Bolanos, Esq.*
ATTY. ALDON L. BOLANOS, ESQ.