UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

DATE: June 5, 2015                                    Time in Court: 5 minutes

JUDGE: JEFFREY S. WHITE                      Court Reporter: Diane Skillman

Courtroom Deputy: Jennifer Ottolini

CASE NO. C-15-00048 JSW

TITLE:  Rosemary Greene  v.  Wells Fargo Bank, N.A.

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
| --- | --- |
| Aldon Bolanos - via telephone | Michael Rapkine   via telephone |

PROCEEDINGS:   Initial Case Management Conference

RESULTS:   Close of fact discovery:  11-30-15
Last day for expert disclosure: 12-15-15
Close of expert discovery: 1-15-16

Hearing on dispositive motions (if any): 2-26-16 at 9:00 a.m.

Pretrial Conference: 5-9-16 at 2:00 p.m. **

Jury Selection:  5-25-16 at 8:00 a.m.

Jury Trial: 5-31-16 at 8:00 a.m. (3 days est)

**Counsel are referred to Judge White's Standing order:
*GUIDELINES FOR TRIAL AND FINAL PRETRIAL CONFERENCE IN CIVIL JURY CASES BEFORE THE HONORABLE JEFFREY S. WHITE*