UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ROSEMARY GREENE,<br><br>        Plaintiff,<br><br>   v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | CASE NO.: 4:15-CV-00048-JSW<br><br>[The Hon. Jeffrey S. White]<br><br>**ORDER GRANTING DEFENDANT WELLS FARGO'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Date:    July 31, 2015<br>Time:   9:00 a.m.<br>Ctrm:   5 (2nd Floor) |

The motion to dismiss the second amended complaint filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo") came on regularly for hearing on July 31, 2015, the Honorable Jeffrey S. White presiding.  The Court, having read and considered the motion, the request for judicial notice, all opposition and reply papers, and good cause appearing, finds:

The operative complaint fails to state a claim for violation of Business & Professions Code § 17200, *et seq*. (unfair business practices) because plaintiff lacks standing under the UCL.

The complaint fails to state a claim for negligence because:  (i) despite two rounds of amendment, plaintiff does not adequately allege causation or resulting damages; and (ii) this claim fails as a matter of law, for a conventional lender does not owe a duty of care to its borrower.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Wells Fargo's request for judicial notice is granted
2. Wells Fargo's motion to dismiss is granted without leave to amend as to the third and fourth claims in the SAC;
3. The third and fourth claims in plaintiff's SAC are dismissed *with prejudice*; and
4. Within twenty (20) days, Wells Fargo shall file an answer as to the surviving claims in the SAC.

Dated: _____, 2015

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING DEFENDANT WELLS FARGO'S MOTION
TO DISMISS THE SECOND AMENDED COMPLAINT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

**Attorneys for Plaintiff**

Aldon L. Bolanos, Esq.
LAW OFFICES OF ALDON L. BOLANOS
700 "E" Street
Sacramento, CA  95814
Tel:  916.446.2800 | Fax:  916.446.2828
Email: aldon@aldonlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **June 9, 2015**.

| Marianne Mantoen | /s/ Marianne Mantoen |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |