IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY GREENE,<br><br>           Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>           Defendant. | No. C 15-00048 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

The Court has received Plaintiffs' *ex parte* application for a temporary restraining order ("TRO"). According to the application, the trustee's sale is scheduled for June 30, 2015. A hearing on this TRO shall be held on June 29, 2015, at 10:00 a.m. Accordingly, Defendant shall file a response to the application by no later than June 25, 2015, at 3:00 p.m. Should Plaintiff elect to file a reply, it shall be due by no later than June 26, 2015, at 10:00 a.m. If Defendant agrees to continue the trustee's sale, the Court will vacate the hearing on the TRO. If Defendant is unwilling to postpone the trustee's sale until after the resolution of this litigation, the Court will set a briefing schedule and a hearing on a motion for a preliminary injunction

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE