UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ROSEMARY GREENE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | CASE NO.: 4:15-CV-00048-JSW<br><br>[The Honorable Jeffrey S. White]<br><br>**ORDER GRANTING DEFENDANT WELLS FARGO'S EX PARTE APPLICATION FOR CONTINUANCE OF THE OSC RE PRELIMINARY INJUNCTION HEARING AND RELATED BRIEFING SCHEDULE** AS MODIFIED |

In light of the *ex parte* application filed by defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The deadlines and hearing date set forth in the Order to Show Cause Re Preliminary Injunction (Doc. 58) are VACATED, and the parties are ordered to comply with the following new dates and deadlines:

Plaintiff's motion for a preliminary injunction shall be filed by no later than ~~August 13,~~ July 17 2015 ~~at 2:00 p.m.~~

Case 4:15-cv-00048-JSW Document 59 Filed 06/30/15 Page 2 of 3

1  Defendant Wells Fargo's opposition to issuance of a preliminary injunction shall be filed
2  no later than ~~August 18~~ July 31, 2015 ~~at 2:00 p.m.~~
3  Plaintiff's reply, if any, shall be filed by no later than ~~August 21~~ August 7, 2015 ~~at 2:00 p.m.~~
4  The OSC Re Preliminary injunction hearing shall be held on **August   21  , 2015** at
5  9:00 a.m.  in the above-entitled Court. The TRO issued on June 26, 2015 shall remain in
6  effect ~~through this date~~ until further order of the Court, and defendant Wells Fargo, as well as its officers, agents, servants,
7  employees, and all persons acting in concert with Wells Fargo, ARE HEREBY RESTRAINED
8  AND ENJOINED from proceeding with a foreclosure on the subject property, located at 8000
9  Hansom Drive, Oakland, California 94605. Wells Fargo may obtain a further extension of time if it agrees to further postpone the trustee's sale.
10  **IT IS SO ORDERED.**

12  Dated:  June 30  , 2015

*[signature: Jeffrey S. White]*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

93000/FR1513/01178743-1        2        CASE NO.: 4:15-CV-00048-JSW
ORDER CONTINUING OSC HEARING`