UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ROSEMARY GREENE,<br><br>            Plaintiff,<br><br>   vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>            Defendant. | CASE NO.: 4:15-CV-00048-JSW<br><br>[Assigned to the Honorable Jeffrey S. White]<br><br>**ORDER GRANTING JOINT STIPULATION AND MODIFYING BRIEFING SCHEDULE AND HEARING RE PRELIMINARY INJUNCTION** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Court, having read and considered the joint stipulation submitted by the parties, and
2  good cause appearing, finds:
3  The proposed briefing schedule submitted by the parties is hereby GRANTED AS MODIFIED

**ACCORDINGLY, IT IS ORDERED:**

1. Plaintiff shall file and serve a motion for a preliminary injunction no later than August 21, 2015.
2. Wells Fargo shall file and serve its opposition to issuance of a preliminary injunction no later than September 14, 2015.
3. Plaintiff shall file a reply brief, if any, no later than September 21, 2015.
4. A preliminary injunction hearing will be held on ~~October~~ November 13, 2015 at 9:00 a.m. in Courtroom 5 of the above-entitled Court.
5. Defendant Wells Fargo and its agents are hereby enjoined from foreclosing on the subject property, located at 8000 Hansom Drive, Oakland, California 94605, up through and including the date of the preliminary injunction hearing.

Dated: July 21, 2015

*Jeffrey S. White*
HON. JEFFREY S. WHITE
U.S. DISTRICT JUDGE