UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSEMARY GREENE, | |
|---|---|
| Plaintiff, | Case No. 15-cv-00048-JSW |
| v. | **ORDER DENYING, WITHOUT PREJUDICE, MOTION FOR PROTECTIVE ORDER** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | Re: Dkt. No. 65 |

On August 11, 2015, Plaintiff filed a motion for a protective order, setting forth a discovery dispute between the parties. The Court VACATES the hearing scheduled for September 18, 2015, and it DENIES the motion without prejudice.

The Court HEREBY REFERS the parties to paragraph 8 of its Civil Standing Orders, which provides that:

> Except as specifically set forth below, no motions regarding discovery disputes may be filed without prior leave of Court. Discovery disputes may be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a *joint* letter brief of not more than eight (8) pages explaining the dispute. Up to twelve (12) pages of attachments may be added. The joint letter must be electronically filed under the Civil Events Category of "Motions and Related Filings > Motions – General > Discovery Letter Brief."
>
> If the Court refers discovery disputes to a Magistrate Judge, the Magistrate Judge to whom the matter is assigned will advise the parties of how that judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judges' procedures.
>
> If this Court retains supervision of discovery, the Court will then advise the parties if additional briefing or a telephonic conference will be necessary.

> If this Court has retained supervision of discovery, and if a dispute arises *during* a deposition that involves a persistent obstruction of the deposition or a refusal to answer a material question on the basis of any ground other than privilege or the work product doctrine, counsel may arrange a telephonic conference with the Court through contact with Chambers at (510) 637-1820.  Any such conference shall be attended by the court reporter recording the deposition.

The Court's ruling is without prejudice to the parties presenting this dispute to the Court by way of a joint letter brief.

**IT IS SO ORDERED.**

Dated:  August 12, 2015

_____
JEFFREY S. WHITE
United States District Judge