|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT |
|  | NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION |

| | |
|---|---|
| ROSEMARY GREENE,<br><br>           Plaintiff,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>           Defendant. | CASE NO.: 4:15-CV-00048-JSW<br><br>[Assigned to the Honorable Jeffrey S. White]<br><br>**ORDER GRANTING JOINT STIPULATION AND MODIFYING BRIEFING SCHEDULE AND HEARING RE PRELIMINARY INJUNCTION** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

The Court, having read and considered the joint stipulation submitted by the parties, and good cause appearing, finds:

The proposed briefing schedule submitted by the parties is hereby GRANTED.

**ACCORDINGLY, IT IS ORDERED:**

1. Plaintiff shall file and serve a motion for a preliminary injunction no later than November 6, 2015.

2. Wells Fargo shall file and serve its opposition to issuance of a preliminary injunction no later than November 20, 2015.

3. Plaintiff shall file a reply brief, if any, no later than December 4, 2015.

4. A preliminary injunction hearing will be held on **January  8 , 2016** at  9:00  a.m. in Courtroom 5 of the above-entitled Court.

5. Defendant Wells Fargo and its agents are hereby enjoined from foreclosing on the subject property, located at 8000 Hansom Drive, Oakland, California 94605, ~~up through and including the date of the preliminary injunction hearing.~~ until further order of this Court.

Dated:   August 27, 2015

HON. JEFFREY S. WHITE
U.S. DISTRICT JUDGE