UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ROSEMARY GREENE, | CASE NO.: 4:15-CV-00048-JSW |
| Plaintiff, | [The Honorable Jeffrey S. White] |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL AND RELATED CASE DEADLINES** |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

In light of the joint motion submitted by the parties and good cause appearing, IT IS HEREBY ORDERED that the motion by both parties is GRANTED. The deadlines and trial date set forth in the pre-trial order (Doc. 50) are VACATED, and the parties are ordered to comply with the following new dates and deadlines:

/ / /

/ / /

/ / /

| EVENT | DATE |
|---|---|
| Deadline to Complete Mediation[1] | March 31, 2016 |
| Close of Non-Expert Discovery | July 29, 2016 |
| Last Day for Expert Disclosures | August 26, 2016 |
| Close of Expert Discovery | September 30, 2016 |
| Last Day for Hearing on Dispositive Motions | December 9, 2016, at 9:00 a.m. ~~November ____, 2016~~ |
| Pretrial Conference | February 27, 2017, at 2:00 p.m. ~~December ____, 2016~~ |
| Jury Selection | March 15, 2017, at 8:00 a.m. ~~January ____, 2017~~ |
| Start of Trial | March 20, 2017, at 8:00 a.m., 3 days |

**DISCOVERY ISSUES**

The parties are reminded that a failure to voluntarily disclose information pursuant to Federal Rule of Civil Procedure 26(a), or to supplement disclosures or discovery responses pursuant to Rule 26(e), may result in exclusionary sanctions. Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

**PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by a subsequent written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-1 or 7-1(b), without a showing of very good cause. If the modification sought is an

---

[1] The Court will refer the case to mediation through the Northern District's ADR program.

1  extension of a deadline continued herein, the motion must be brought before expiration of that
2  deadline.  The parties may not modify the pretrial schedule by stipulation.  A conflict with a
3  court date set after the date of this order does not constitute good cause.  The parties are advised
4  that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only
5  discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing
6  schedules that are specifically set by the Court may not be altered by stipulation; rather, the
7  parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: October 13, 2015

HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE