IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSEMARY GREENE,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 15-00048 JSW

**ORDER VACATING HEARING**

    Pursuant to Civil Local Rule 7-1(b), the Court finds that Defendant's motion to dismiss the Third Amended Complaint (Docket No. 72), which has been set for hearing on Friday, November 13, 2015 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the Court VACATES the November 13, 2015 hearing. The pending motion will be taken under submission and decided on the papers.

    **IT IS SO ORDERED.**

Dated: November 9, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE