UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSEMARY GREENE, | Case No. 15-cv-00048-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER RE NOTICE OF SUSPENSION** |
| WELLS FARGO BANK, N.A., | Re: Dkt. No. 92 |
| Defendant. | |

The Court has received the notice of suspension of attorney Aldon Bolanos. The notice states that Walter C. Dauterman, Jr., Esq., will represent Plaintiff during the suspension of Mr. Bolanos. Mr. Dauterman, however, has not filed a notice of appearance pursuant to Civil Local Rule 5(c)(2) of the Northern District of California. Counsel is reminded of the obligation to comply with all rules and standing orders of this Court.

Counsel representing Plaintiff shall promptly file a notice of appearance. In addition, if counsel ceases to represent Plaintiff, counsel shall comply with this Court's rules in withdrawing from the representation.

Mr. Bolanos shall serve a copy of this order on Mr. Dauterman and file proof of service with this Court, within 7 days after the date of this order.

**IT IS SO ORDERED.**

Dated: December 15, 2015

_____
JEFFREY S. WHITE
United States District Judge