Robert A Bailey (#214688)
  rbailey@afrct.com
Michael Rapkine (#222811)
  mrapkine@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
  CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| ROSEMARY GREENE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | CASE NO.: 4:15-CV-00048-JSW<br><br>[The Honorable Jeffrey S. White]<br><br>**NOTICE REGARDING DEVELOPMENTS RELATING TO PLAINTIFF'S COUNSEL** |

TO THE CLERK OF THE COURT AND THE HONORABLE JEFFERY S. WHITE:

It has come to Wells Fargo's attention that plaintiff's current counsel of record (Walter C. Dauterman, Jr.) passed away in mid-December. This very unfortunate development leaves plaintiff without representation because her other attorney (Aldon L. Bolanos) is currently serving out a three-month suspension that went into effect on November 27, 2015. (Doc. 93.) As reflected on the California State Bar website, Mr. Bolanos will be able to resume the practice of law on or around February 29, 2016.

1    Plaintiff's motion for a preliminary injunction is currently on calendar for January 8,
2  2016.  If the Court is inclined to hold a hearing, Wells Fargo respectfully requests that the
3  hearing be continued to a date no later than March 21, 2016.  The parties are scheduled to attend
4  a mediation on March 24, 2016, and without a ruling by the Court on the preliminary injunction
5  issue, it is unlikely that a settlement can be reached.

                                               Respectfully submitted,

Dated:  January 4, 2016               ANGLIN, FLEWELLING, RASMUSSEN,
                                         CAMPBELL & TRYTTEN LLP

                                      By:   */s/ Michael Rapkine*
                                          Michael Rapkine
                                          mrapkine@afrct.com
                                      Attorneys for Defendant
                                      WELLS FARGO BANK, N.A., successor by
                                      merger with Wells Fargo Bank Southwest, N.A.,
                                      f/k/a Wachovia Mortgage, FSB and World Savings
                                      Bank, FSB ("Wells Fargo")

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**NOTICE REGARDING DEVELOPMENTS RELATING TO PLAINTIFF'S COUNSEL**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

*Attorneys for Plaintiff*

Aldon L. Bolanos, Esq.
Walter C. Dauterman, Jr., Esq.
LAW OFFICES OF ALDON L. BOLANOS
Seven-Hundred "E" Street
Sacramento, CA  95814
Tel:  916.446.2800 | Fax:  916.446.2828
Email: aldon@aldonlaw.com
Email: wcd127@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **January 4, 2016**.

| Lina Velasquez | */s/ Lina Velasquez* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/BR1513/01298230-1

CASE NO. 4:15-CV-00048-JSW
CERTIFICATE OF SERVICE