UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY GREENE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | Case No. 15-cv-00048-JSW<br><br>**ORDER VACATING HEARING AND ORDER RE NOTICE OF DEATH OF PLAINTIFF'S COUNSEL**<br><br>Re: Dkt. Nos. 79, 96 |

Pursuant to Civil Local Rule 7-1(b), the Court finds that Plaintiff's motion for preliminary injunction, which has been noticed for hearing on Friday, January 8, 2016 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the Court VACATES the January 8, 2016 hearing in this case. The pending motion will be taken under submission and decided on the papers. The Court will rule on the pending motion after January 19, 2016.

In light of Defendant Wells Fargo's notice of the death of Plaintiff's counsel of record, Walter C. Dauterman, Jr., the Court will hold this matter in abeyance until January 19, 2016, to permit Plaintiff to find substitute counsel. Substitute counsel shall promptly file a notice of appearance. In the alternative, if Plaintiff intends to proceed pro se during the period of suspension of attorney Aldon L. Bolanos, Esq., Plaintiff shall promptly file a notice that she is proceeding pro se, and shall provide an address for service pursuant to this Court's rules.

Plaintiff must also notify this Court no later than January 19, 2016, if Plaintiff believes that it is not correct that counsel Walter C. Dauterman, Jr., has passed away.

The Clerk shall serve this order on the Law Office of Aldon Bolanos, using all contact email addresses of record for former counsel Dauterman and Bolanos. The Law Office of Aldon

1  Bolanos is requested promptly to serve a copy of this order on Plaintiff personally and file proof of
2  such service with this Court.

3  **IT IS SO ORDERED.**

4  Dated: January 5, 2016

JEFFREY S. WHITE
United States District Judge

cc: Attorney Admissions Deputy Clerk

2