United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY GREENE,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 4:15-cv-00048-JSW<br><br>**CLERK'S NOTICE VACATING HEARING ON MOTION FOR ATTORNEYS FEES**<br><br>Re: Dkt. No. 110 |

YOU ARE HEREBY NOTIFIED that the hearing on the Motion for Attorneys Fees scheduled for May 27, 2016, at 9:00 a.m. in Courtroom 5 on the 2nd floor of the Federal Courthouse, 1301 Clay Street, Oakland, California, before the HONORABLE JEFFREY S. WHITE is vacated.

Dated: May 23, 2016

    Susan Y. Soong
    Clerk, United States District Court

By: *Jennifer Ottolini*
Jennifer Ottolini, Deputy Clerk to the
Honorable JEFFREY S. WHITE
510-637-3541