1  Aldon L. Bolanos, Esq., State Bar No. 233915
   Seven Hundred "E" Street
2  Sacramento, California 95814
   Telephone:    916/446.2800
3  Facsimile:    916/446.2828

4  Attorneys for Plaintiff
   ROSEMARY GREENE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROSEMARY GREENE, | Case No. 15-cv-00048-JSW |
|---|---|
| Plaintiff, | |
| v. | |
| WELLS FARGO BANK, N.A., | **REQUEST FOR STATUS CONFERENCE RE: PENDING MOTION FOR ATTORNEYS' FEES UNDER CALIFORNIA HOMEOWNER BILL OF RIGHTS** |
| Defendant. | |

HONORABLE COURT:

Plaintiff Rosemary Greene, through counsel, does respectfully request a telephonic conference to discuss expediting the disposition of this action per the Federal Rules of Civil Procedure, Rule 16.

Specifically, a motion for attorneys' fees and costs incurred in procuring injunctive relief under the California Homeowner Bill of Rights has been under submission since May 23, 2016.  Dkt. #116.  The parties would like to explore settlement but resolution of the fee motion is necessary for such discussions to bear fruit.

Respectfully, a telephonic conference is therefore requested to discuss this and potential assignment back to a mediation.

Respectfully submitted,

Dated: June 27, 2016

THE LAW OFFICE OF ALDON BOLANOS

***/s/ Aldon L. Bolanos, Esq.***

ALDON L. BOLANOS, ESQ.