# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY GREENE,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 15-cv-00048-JSW<br><br>**ORDER DENYING REQUEST FOR STATUS CONFERENCE**<br><br>Re: Dkt. No. 119 |

Plaintiff's request for a "telephonic conference" is DENIED. Plaintiff is referred to Civil Local Rule 7-13 with regard to how and when to notify the Court regarding a submitted matter.

Plaintiff states that the telephone conference would, in part, be to discuss "potential assignment back to a mediation." (Dkt. No. 119.) The March 28, 2016 certificate of mediation in this case indicates that the mediation process continues. (Dkt. No. 105.) Accordingly, nothing in this order shall prevent the parties from contacting the Court's ADR unit to discuss a plan for further mediation.

**IT IS SO ORDERED.**

Dated: June 29, 2016

JEFFREY S. WHITE
United States District Judge